**DISMISS; Opinion issued April 18, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00447-CV**

**VITRI DESIGNS CC and STACK-CORPORATION BVBA f/k/a**
**B+1 ENTERPRISES BVBA, Appellants**
**V.**
**EAZYCUPS USA, LLC and EASYCUPS, LTD., Appellees**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-04118-2012**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Lewis
Opinion by Chief Justice Wright

The Court has before it appellants' April 11, 2013 unopposed motion to dismiss this interlocutory appeal from the trial court's order denying appellants' special appearance and motion to dismiss. Appellants state that on March 28, 2013, the trial court granted the motion for reconsideration, granted the special appearance and motion to dismiss, and dismissed all claims asserted against appellants with prejudice. Because the March 28, 2013 order vacated the March 11, 2013 order, the appeal is now moot.

We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

130447F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

VITRI DESIGNS CC and STACK-CORPORATION BVBA f/k/a B+1 ENTERPRISES BVBA, Appellants

No. 05-13-00447-CV          V.

EAZYCUPS USA, LLC and EASYCUPS, LTD., Appellees

On Appeal from the 296th Judicial District Court, Collin County, Texas
Trial Court Cause No. 296-04118-2012.
Opinion delivered by Chief Justice Wright, Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal. Subject to any agreement between the parties, we **ORDER** that appellees Eazycups USA, LLC and Easycups, Ltd. recover their costs of the appeal, if any, from appellants Vitri Designs CC and Stack-Corporation BVBA f/k/a/ B+1 Enterprises BVBA.


Judgment entered April 18, 2013.


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE